32 A.3d 562

IN THE MATTER OF FRED M. LAX, AN ATTORNEY
AT LAW (ATTORNEY NO. 012151995).

December 21, 2011.

## ORDER

**FRED M. LAX** of **ENGLEWOOD,** who was admitted to the bar of this State in 1995, having pleaded guilty in the Supreme Court of New York to one count of Grand Larceny in the second degree, a Class C felony, and Grand Larceny in the third degree, a Class D Felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **FRED M. LAX** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further and it is further

ORDERED that **FRED M. LAX,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.